UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
CASE NO.: 3:13-CV-675-J-20JRK

UNITED STATES OF AMERICA, )
)
      Plaintiff, )
)
v. )
)
ENRIQUE ROSARIO, )
)
      Defendant. )
)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Order Regulating the Processing of Civil Recovery Actions [D.E. #3] has been sent by United States Mail to all parties on the attached service list.

Dated: June 17, 2013
      Miami, Florida

Respectfully submitted,

_____
Steven M. Davis, (Florida Bar No. 894249)
Email: sdavis@becker-poliakoff.com
Becker & Poliakoff, P.A.
121 Alhambra Plaza – 10th Floor
Coral Gables, FL 33134
Telephone: (305) 262-4433
Facsimile: (305) 442-2232
Attorneys for Plaintiff United States of America

## SERVICE LIST

ENRIQUE ROSARIO
5800 PHILIPS HWY
JACKSONVILLE, FL 32216